# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                             Case No.12-08594-MH3-13  
AMANDA MARIE BESSETTE            JUDGE MARIAN F HARRISON  
624 SPECK RD                            DATE: February 05, 2016  
LEBANON, TN 37087

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

     In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein. Included with this filing, is the sum of **$91.95** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **UNITED CREDIT RECOVERY LLC** | P O BOX 953245<br>LAKE MARY, FL 32795 | **$91.95** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com